

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KAMI BARKER<br>Senior Counsel<br>Phone: (646) 960-1103<br>Fax: (212) 356-2439<br>kbarker@law.nyc.gov |

December 30, 2021

**Via ECF**
Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:      *Robert Giallanzo v. City*
                    **Civil Case Action No.: 20 Civ. 8509**

Dear Judge Engelmayer:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced action. Defendant writes to respectfully request a two-week extension of time to file its objections to Magistrate Judge Fox's Report & Recommendation ("R&R") on the parties' motions for summary judgment. This is defendant's first request, and plaintiff consents.

      Defendant makes this request for several reasons. First, the undersigned was on vacation last week when Judge Fox issued his R&R, and this week, she has experienced medical issues. Moreover, from December 6, 2021 to December 16, 2021, the undersigned was on trial in *Anderson v. HHC, et. al.,* 16-CV-1051 (SDNY), leaving her with several motions to file or respond to in multiple other matters. Finally, Judge Fox relied upon plaintiff's post-motion letter, which made representations of discovery discussions with my predecessor, Leo Ernst. The undersigned spoke with Mr. Ernst on Tuesday, and he denied plaintiff's representations and directed the undersigned to search his emails with plaintiff's counsel to refute them. This process typically requires at least two weeks, making the January 4, 2022 deadline impossible to meet. Thus, defendant requests a two-week extension, from January 4, 2022 to January 18, 2022, to file its objections to the R&R. Thank you for Your consideration herein.

                    Respectfully submitted,

                    /s
                    Kami Z. Barker
                    *Senior Counsel*

2

cc: **Lichten & Bright, P.C.**
*Attorney for Plaintiff*
Stuart Lichten
(By ECF)

Granted. SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge
1/3/2022

2