

GEORGIA M. PESTANA
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KAMI BARKER
Senior Counsel
Phone: (646) 960-1103
Fax: (212) 356-2439
kbarker@law.nyc.gov

January 13, 2021

**Via ECF**
Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Robert Giallanzo v. City*
      **Civil Case Action No.: 20 Civ. 8509**

Dear Judge Engelmayer:

I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced action. Defendant writes to respectfully request a one-week extension of time to file its objections to Magistrate Judge Fox's Report & Recommendation ("R&R") on the parties' motions for summary judgment. This is defendant's second request for an extension of time, and plaintiff consents.

Defendant makes this request because the undersigned experienced medical issues over the last two weeks, culminating in the need for a surgical procedure last Friday, January 7, 2022. Therefore, defendant requests a one-week extension, from January 18, 2022 to January 25, 2022, to file its objections to the R&R. Thank you for Your consideration herein.

Respectfully submitted,

/s
Kami Z. Barker
*Senior Counsel*

cc:   **Lichten & Bright, P.C.**
      *Attorney for Plaintiff*
      Stuart Lichten
      (By ECF)

Granted. The Court wishes counsel a speedy recovery.
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
1/13/2022