

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KAMI Z. BARKER
Senior Counsel
Phone: (646) 960-1103
Fax: (212) 356-2439
kbarker@law.nyc.gov

October 11, 2022

**Via ECF**
Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Robert Giallanzo v. City*
**Civil Case Action No.: 20 Civ. 8509**

Dear Judge Engelmayer:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced action. The parties write, pursuant to the Court's Individual Rules, to request a thirty-day extension on their time to submit a joint pre-trial order ("JPTO") from October 13, 2022 to November 14, 2022. The parties make this request because they continue to engage in productive settlement discussions and are hopeful that a settlement will obviate the need to submit a JPTO. This is the parties' first request for an extension of time to submit the JPTO. Thank you for Your consideration herein.

Respectfully submitted,

/s/

Kami Z. Barker
*Senior Counsel*

cc: **Lichten & Bright, P.C.**
*Attorney for Plaintiff*
Stuart Lichten
(By ECF)

Granted. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
October 12, 2022